UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2188-BR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PEDRO GODINEZ-ORTIZ | ORDER |

This matter is before the court on respondent's 30 August 2010 motion for payment of interpreter fees incurred in conjunction with his independent evaluation under 18 U.S.C. § 4247. The motion represents that the government does not oppose the motion. The motion is ALLOWED, and the Department of Justice is DIRECTED to pay the cost of the interpreter.

This 31 August 2010.

                                                W. Earl Britt
                                                Senior U.S. District Judge